# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

The Honorable Cathy Ann Bencivengo

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RUBEN PULIDO-CRUZ,<br><br>Defendant | Case No.: 17CR2550-CAB<br><br>**ORDER AND JUDGMENT TO DISMISS INDICTMENT WITHOUT PREJUDICE** |

Upon motion of the United States and for good cause shown,

IT IS ORDERED that the Motion to Dismiss the Indictment be granted. The Indictment is dismissed without prejudice.

SO ORDERED.

Dated: 12/1/17

THE HONORABLE CATHY ANN BENCIVENGO
United States District Court Judge